**Order entered June 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01368-CV

**FREDIS BENITEZ, MARGARITA BENITEZ, AND ROBERTO VIERA-SEGURA DBA VIERA'S BODY SHOP/VIERA'S KUSTOMS/VIERA'S KUSTOMZ, Appellants**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-03671**

## ORDER

The City's motion to strike appellants' reply brief is **GRANTED**. Appellants' reply brief, filed on February 12, 2014, is **ORDERED** stricken.

/s/  DAVID L. BRIDGES
    JUSTICE